UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Ari Teman,**
 Plaintiff,

v.

**Nathaniel Z. Marmur,** an individual,
 **Nathaniel Z. Marmur, PLLC,**
 **Alan S. Lewis,** an individual,
 **Carter Ledyard & Milburn LLP,**
 Defendants.

Case No. _____

**SUMMONS IN A CIVIL ACTION**

**TO:**

    **Nathaniel Z. Marmur**

    c/o Law Offices of Nathaniel Z. Marmur, PLLC
    500 Fifth Avenue, 40th Floor
    New York, NY 10110

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Ari Teman (Pro Se)**
 Miami Beach, FL 33139, ari@teman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

By: _____
 Deputy ClerkDate: _____

                                                                           **Seal of the Court**