# Message Details





To: nmarmur@marmurlaw.com, Lewis@clm.com

Sent: Oct 09, 2025 (12 days ago)

Subject: **Waiver of Summons Request - Teman v. Marmur (1:25-cv-08220)**

## Tracking Events

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Dallas, TX  208.87.239.202 | Mozilla | Oct 21, 2025  10 minutes ago |
| Recipient opened | Dallas, TX  208.87.239.202 | Mozilla | Oct 21, 2025  18 minutes ago |
| Recipient opened | Dallas, TX  208.87.239.202 | Mozilla | Oct 21, 2025  18 minutes ago |
| Recipient opened | Ashburn, VA  208.87.234.202 | Mozilla | Oct 21, 2025  about 16 hours ago |
| Recipient opened | Ashburn, VA  208.87.234.202 | Mozilla | Oct 21, 2025  about 16 hours ago |
| Recipient opened | Floral Park, NY  173.77.0.171 | Safari iPhone | Oct 21, 2025  about 17 hours ago |
| Recipient opened | Floral Park, NY  173.77.0.171 | Safari iPhone | Oct 21, 2025  about 17 hours ago |
| Recipient opened | New York, NY  38.96.145.242 | Safari iPhone | Oct 09, 2025  12 days ago |

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | New York, NY<br>38.96.145.242 | Safari iPhone | Oct 09, 2025<br>12 days ago |
| Recipient opened | Scarsdale, NY<br>100.2.35.66 | Safari iPhone | Oct 09, 2025<br>12 days ago |
| Recipient opened | Scarsdale, NY<br>100.2.35.66 | Safari iPhone | Oct 09, 2025<br>12 days ago |
| Recipient opened | Des Moines, IA<br>72.152.84.208 | Chrome Windows | Oct 09, 2025<br>12 days ago |
| Recipient opened | San Jose, CA<br>72.153.231.20 | Chrome Windows | Oct 09, 2025<br>12 days ago |
| Recipient opened | San Jose, CA<br>72.153.231.20 | Chrome Windows | Oct 09, 2025<br>12 days ago |