```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARI TEMAN,

                Plaintiff,

    -v-                                   25-cv-08220 (LJL)

NATHANIEL Z. MARMUR ET AL,             NOTICE OF INITIAL
                                                 PRETRIAL CONFERENCE

                Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been assigned to me for all purposes.  It is hereby:

      ORDERED that all parties appear for an Initial Pretrial Conference by TELEPHONE on **February 10, 2026, at 12:00 p.m.**  Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

      IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and prior to the time the above-mentioned submission is made.  Such letter should simply indicate in one sentence the Defendant's intent to make a motion to dismiss.

      **Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases**. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email

(fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

      Pro se parties are also encouraged to consent to receive all court documents electronically (by email) instead of by regular mail.  A consent to electronic service form is on the S.D.N.Y. website, available at https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.  For more information, please visit the "Representing Yourself in Federal Court (Pro Se)" webpage, available at https://www.nysd.uscourts.gov/prose.

      SO ORDERED.

Dated: December 9, 2025
      New York, New York

                                       LEWIS J. LIMAN
                                    United States District Judge