```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARI TEMAN,

          Plaintiff,

   -v-

NATHANIEL Z. MARMUR ET AL,

          Defendants.
------------------------------------------------------------------X

25-cv-08220 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Initial Pretrial Conference scheduled for February 10, 2026 at 12:00PM is CANCELLED.  The conference is to be rescheduled at a later time.

    SO ORDERED.

Dated: January 14, 2026
       New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge