```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :
ARI TEMAN,                                 :

                Plaintiff,                 :              25-cv-08220 (LJL)
                                 :
     -v-                             :                ORDER
                                 :
NATHANIEL Z. MARMUR, et al.,       :

                Defendants.             :
                                 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to reissue the summons in this case electronically.  Defendants are not required to waive service.  The Court takes no position at this time whether the complaint states a claim for relief.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 8.

      SO ORDERED.

Dated: January 14, 2026
      New York, New York                          _____
                                                                  LEWIS J. LIMAN
                                                         United States District Judge