**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ARI TEMAN,**
Plaintiff,

v.

**NATHANIEL "NATE" MARMUR, et al.,**
Defendants.                                      Case No. **1:25-cv-08220-LJL**

The Honorable Judge **Lewis J. Liman**

---

**PLAINTIFF'S MOTION FOR (I) CONFIRMATION OF SERVICE,**
**OR, IN THE ALTERNATIVE, AUTHORIZATION OF SUBSTITUTE AND ELECTRONIC SERVICE; AND (II)**
**ORDER DIRECTING ADDITION OF DEFENDANTS TO ECF**

---

**PRELIMINARY STATEMENT**

This motion concerns **procedural obstruction**, not the merits of Plaintiff's claims.

Despite confirmed receipt of the Summons and Complaint through multiple reliable channels, Defendants Nathaniel Marmur and Alan Lewis have refused to accept service, declined to waive service, withheld basic information necessary to effectuate personal service, and taken coordinated steps that have had the practical effect of delaying the commencement of this litigation.

Plaintiff does not ask the Court to infer liability or intent. Plaintiff asks only that the Court exercise its authority under Federal Rule of Civil Procedure 4 and New York CPLR § 308 to prevent further gamesmanship and ensure that this case may proceed in an orderly manner on the merits.

---

**FACTUAL BACKGROUND**

**A. Defendant Marmur Has Confirmed Receipt of Process but Refuses to Accept Service**

1. On January 29, 2026, Plaintiff transmitted to Defendant Nathaniel Marmur multiple copies of the Summons and Complaint directed to him personally via WhatsApp.

2. WhatsApp delivery indicators reflect **two blue checkmarks**, confirming that Mr. Marmur opened and read the messages. A screenshot reflecting this confirmation is attached as **Exhibit A**.

3. Plaintiff also transmitted the Summons and Complaint to Mr. Marmur via email using Yesware tracking. Yesware logs confirm that Mr. Marmur opened emails containing the Summons and Complaint, including communications analogous to a Rule 4(d) waiver transmission. Supporting

documentation is attached as **Exhibit B**.

4. Notwithstanding confirmed receipt, Mr. Marmur has:
   - refused to accept personal service,
   - declined to waive service,
   - failed to provide a residential address, and
   - caused his law firm to state that it will not accept service on his behalf at his actual place of business.
5. These actions have rendered traditional personal service impracticable despite Plaintiff's good-faith efforts.

---

**B. Defendant Lewis's Firm Has Been Served, Yet Lewis Individually Has Refused Service**

6. Defendant Alan Lewis is a named defendant and a **partner** at Carter Ledyard & Milburn LLP ("CLM").

7. On February 2, 2026, CLM was formally served with the Summons and Complaint by a licensed professional process server. Service was accepted by **Ingrid Lopez**, identified as an Intake Specialist designated to accept service of process on behalf of the firm at 28 Liberty Street, New York, New York 10005. The Proof of Service is attached as **Exhibit C**.

8. When the process server attempted to effect service on Mr. Lewis **individually** at the same address—his actual place of business—the firm refused to accept service on his behalf.

9. Plaintiff then requested that the process server effect service by "nail and mail" pursuant to New York CPLR § 308(4). The process server declined to do so without a court order, explaining that performing nail-and-mail service absent judicial authorization would risk the server's license. That communication from ABC Legal is attached as **Exhibit D**.

10. Plaintiff also transmitted the Summons, Complaint, and Waiver of Service form to Mr. Lewis via email. Email-tracking data confirms that Mr. Lewis opened those communications.

---

**ARGUMENT**

**I. DEFENDANTS' CONDUCT DEMONSTRATES EVASION WARRANTING SUBSTITUTE OR ELECTRONIC SERVICE**

Federal Rule of Civil Procedure 4(e)(1) permits service by any method authorized by state law. New York CPLR § 308 authorizes substitute service at a defendant's actual place of business and, where personal service is impracticable, nail-and-mail service.

Here, the record reflects a **consistent pattern of avoidance**:

- Defendants received and reviewed the Summons and Complaint;
- Defendants refused to accept service at their actual place of business;
- Defendants declined to waive service despite confirmed notice; and

- Defendants withheld information necessary to effectuate personal service.

Courts in this District routinely authorize substitute or alternative service where defendants have actual notice and engage in conduct that frustrates traditional service. Due process requires notice reasonably calculated to apprise a defendant of the action—not that a plaintiff exhaust endless attempts while a defendant plays procedural hide-and-seek.

Accordingly, Plaintiff respectfully requests that the Court:

**As to Nathaniel Marmur**

- confirm service based on documented electronic receipt; **or**
- authorize service by CPLR § 308(4) nail-and-mail at his actual place of business and/or electronic service via his known professional email address and WhatsApp account.

**As to Alan Lewis**

- confirm service based on service on his firm combined with confirmed electronic receipt; **or**
- authorize service by CPLR § 308(4) nail-and-mail at his actual place of business and/or electronic service via his known professional email address.

Plaintiff seeks no shortcut—only relief necessary to prevent continued obstruction and allow this case to proceed.

---

## II. ADDING DEFENDANTS TO ECF WILL PREVENT FURTHER GAMESMANSHIP AND PROMOTE ORDERLY CASE MANAGEMENT

Plaintiff further requests that the Court direct the Clerk to add Defendants Marmur and Lewis to ECF in this matter using the professional email addresses already on file from their appearances in prior matters before this Court and the Second Circuit.

This relief is administrative in nature and will:

- ensure reliable delivery of Court orders and filings,
- eliminate future disputes regarding notice, and
- prevent further delay arising from procedural maneuvering.

Defendants are experienced litigators already registered with ECF in this District. Adding them to ECF imposes no prejudice and materially advances the efficient administration of this case.

---

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Confirm service on Nathaniel Marmur, or alternatively authorize substitute and/or electronic service;
2. Confirm service on Alan Lewis, or alternatively authorize substitute and/or electronic service;
3. Direct the Clerk to add Nathaniel Marmur and Alan Lewis to ECF in this case; and

4.  Grant such other and further relief as the Court deems just and proper.

**Dated:** 9 Feb, 2026
Respectfully submitted,

**s/Ari Teman/**
Ari B. Teman
Plaintiff, Pro Se

1521 Alton Road, #888
Miami Beach FL 33139
ari@teman.com
(Currently in Tel Aviv, Israel)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ARI TEMAN,**
Plaintiff,

v.

**NATHANIEL "NATE" MARMUR, et al.,**
Defendants.                                                    Case No. **1:25-cv-08220-LJL**
The Honorable Judge **Lewis J. Liman**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for (I) Confirmation or Ratification of Service or, in the Alternative, Authorization of Substitute and Electronic Service; and (II) Order Directing Addition of Defendants to ECF, together with the supporting declarations and exhibits, and for good cause shown, it is hereby:

**IT IS ORDERED that:**

**1. Service as to Defendant Nathaniel Marmur**

☐ Plaintiff's prior electronic transmission of the Summons and Complaint to Defendant **Nathaniel Marmur** is hereby **CONFIRMED or, alternatively, RATIFIED nunc pro tunc** as effective service pursuant to Federal Rule of Civil Procedure 4(e)(1), as such service was reasonably calculated to provide actual notice;

**OR, IN THE ALTERNATIVE,**

☐ Plaintiff is **AUTHORIZED** to effect service on Defendant Nathaniel Marmur pursuant to Federal Rule of Civil Procedure 4(e)(1) and New York CPLR § 308 by one or more of the following methods, and Plaintiff's prior electronic transmission shall be deemed compliant with this Order:

- **(a)** electronic service via Defendant Marmur's known professional email address;

- **(b)** electronic service via Defendant Marmur's WhatsApp account; and/or

- **(c)** nail-and-mail service at Defendant Marmur's actual place of business pursuant to CPLR § 308(4).

**2. Service as to Defendant Alan Lewis**

☐ Plaintiff's prior electronic transmission of the Summons and Complaint to Defendant **Alan Lewis** is hereby **CONFIRMED or, alternatively, RATIFIED nunc pro tunc** as effective service pursuant to Federal Rule of Civil Procedure 4(e)(1), in light of Defendant Lewis's confirmed receipt and review and his refusal to accept personal service;

**OR, IN THE ALTERNATIVE,**

☐ Plaintiff is **AUTHORIZED** to effect service on Defendant Alan Lewis pursuant to Federal Rule of Civil Procedure 4(e)(1) and New York CPLR § 308 by one or more of the following methods, and Plaintiff's prior electronic transmission shall be deemed compliant with this Order:

- **(a)** electronic service via Defendant Lewis's known professional email address;

- **(b)** nail-and-mail service at Defendant Lewis's actual place of business pursuant to CPLR § 308(4).

## 3. Addition of Defendants to ECF

The Clerk of Court is **DIRECTED** to add Defendants **Nathaniel Marmur** and **Alan Lewis** to the Electronic Case Filing ("ECF") system in this action using the professional email addresses[1] already on file with the Clerk from their prior appearances before this Court and the United States Court of Appeals for the Second Circuit.

## 4. Time to Serve

To the extent the Court determines that service has not already been perfected, Plaintiff's time to effect service under Federal Rule of Civil Procedure 4(m) is **EXTENDED** through **___ days from the date of this Order**, for good cause shown.

## 5. Further Relief

The Court retains jurisdiction to enter such further orders as may be necessary to ensure the orderly progression of this action and to prevent further procedural obstruction.

**SO ORDERED.**

Dated: _____, 2026
 New York, New York

_____

**Lewis J. Liman**
United States District Judge

---

[1] These may be nmarmur@marmurlaw.com and Lewis@clm.com or alternatives used for ECF as known to the Clerk

**EXHIBIT A - Marmur Served Summons and Complaint by Whatsapp**



**EXHIBIT B - Yesware confirmation of Summons and Complaint Notice**

## Message Details



« Back to Tracking Report



To: nmarmur@marmurlaw.com, Lewis@clm.com

CC: murphy@clm.com, sesser@clm.com

Sent: Jan 29, 2026 (11 days ago)

Subject: **Service of Process**

## Tracking Events

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 6 minutes ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 23 minutes ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 33 minutes ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 1 hour ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 1 hour ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 1 hour ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 1 hour ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 2 hours ago |
| Recipient opened | New York, NY 174.229.86.76 | Safari iPhone | Feb 09, 2026 about 2 hours ago |
| Recipient opened | New York, NY 174.229.86.76 | Safari iPhone | Feb 09, 2026 about 2 hours ago |
| Recipient opened | Philadelphia, PA 38.98.221.178 | Safari Windows | Feb 09, 2026 about 3 hours ago |
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 3 hours ago |

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Queens, NY 134.6.203.115 | Mozilla | Feb 09, 2026 about 3 hours ago |
| Recipient opened | Queens, NY | Mozilla | Feb 09, 2026 |

| Recipient opened | Queens, NY        | Mozilla | Feb 05, 2026 |
|                  | 134.6.203.115     |         | 5 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 05, 2026 |
|                  | 134.6.203.115     |         | 5 days ago    |
| Recipient opened | Philadelphia, PA  | Mozilla | Feb 04, 2026 |
|                  | 38.98.221.178     |         | 6 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 03, 2026 |
|                  | 134.6.203.115     |         | 6 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 03, 2026 |
|                  | 134.6.203.115     |         | 6 days ago    |
| Recipient opened | Ashburn, VA       | Mozilla | Feb 03, 2026 |
|                  | 38.88.170.51      |         | 6 days ago    |
| Recipient opened | Ashburn, VA       | Mozilla | Feb 03, 2026 |
|                  | 38.88.170.51      |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 03, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 03, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 03, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |

https://app.yesware.com/messages/show_by_mailstore_id/19c0b36e8d100ac0                 2/4

---

2/9/26, 10:20 PM                          Service of Process - Yesware

| Event            | Location          | Client/Device | When |
|------------------|-------------------|---------------|------|
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Queens, NY        | Mozilla | Feb 02, 2026 |
|                  | 134.6.203.115     |         | 7 days ago    |
| Recipient opened | Philadelphia, PA  | Mozilla | Jan 30, 2026 |
|                  | 38.98.221.178     |         | 10 days ago   |
| Recipient opened | Philadelphia, PA  | Mozilla | Jan 30, 2026 |
|                  | 38.98.221.178     |         | 10 days ago   |

| Recipient opened | Queens, NY | Mozilla | Jan 29, 2026 |
|---|---|---|---|
| | 134.6.203.115 | | 11 days ago |
| Recipient opened | Miami, FL | Safari iPhone | Jan 29, 2026 |
| | 174.225.108.9 | | 11 days ago |

2/9/26, 10:20 PM                                    Service of Process - Yesware

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Miami, FL | Safari iPhone | Jan 29, 2026 |
| | 174.225.108.9 | | 11 days ago |
| Recipient opened | Jersey City, NJ | Safari iPhone | Jan 29, 2026 |
| | 24.0.61.14 | | 11 days ago |
| Recipient opened | Jersey City, NJ | Safari iPhone | Jan 29, 2026 |
| | 24.0.61.14 | | 11 days ago |
| Recipient opened | Warren, VT | Safari iPhone | Jan 29, 2026 |
| | 68.142.39.159 | | 11 days ago |
| Recipient opened | Warren, VT | Safari iPhone | Jan 29, 2026 |
| | 68.142.39.159 | | 11 days ago |
| Recipient opened | Piscataway, NJ | Safari iPhone | Jan 29, 2026 |
| | 161.178.139.168 | | 11 days ago |
| Recipient opened | Piscataway, NJ | Safari iPhone | Jan 29, 2026 |
| | 161.178.139.168 | | 11 days ago |
| Recipient opened | 66.249.82.0 | GMail GMail | Jan 29, 2026 |
| | | | 11 days ago |
| Recipient opened | WA | Chrome Windows | Jan 29, 2026 |
| | 74.179.68.43 | | 11 days ago |

**EXHIBIT C: Proof of Service of Lewis' Firm, where he is a partner**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-08220-LJL**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Carter Ledyard & Milburn LLP.**
was recieved by me on  **1/31/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Ingrid Lopez- Intake Specialist**, who is designated by law to accept service of process on
behalf of **Carter Ledyard & Milburn LLP.** at **28 Liberty St Fl 41, New York, NY 10005 on 02/02/2026 at 3:12 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 37.50** for services, for a total of **$ 37.50**.

I declare under penalty of perjury that this information is true.

Date:  02/02/2026

_____
Server's signature

**Michael Whyte**
Printed name and title

**392 Roberts Avenue**
**Apt. 1**
**Yonkers, NY 10701**
_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR FRAUD, BREACH OF CONTRACT, LEGAL MALPRACTICE,,
to Ingrid Lopez- Intake Specialist who identified themselves as the person authorized to accept with identity
confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared
to be a black-haired Hispanic female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

Tracking #: 0206563739

**EXHIBIT D - Process Server Requests Court Order to Nail and Mail**

 Gmail

Ari Teman <ari@teman.com>

**New Message for Reference # TemanvMarmur**
1 message

noreply@abclegal.com <noreply@abclegal.com>                                    Mon, Feb 9, 2026 at 9:46 PM
To: ari@teman.com

Hi Ari,

Thank you for your patience. Because the court requirements say, "Personal service only when the documents are for a business," he is unwilling to post and mail without a court order to do so. Otherwise, he risks losing his server license, a risk we cannot ask him to take. Please obtain a court order to nail-and-mail and we will do so.

If you ever need immediate assistance, please call us at 800-736-7295, M-F, 7am to 4pm, Pacific, or use our Chat function.

Have a great day,

Ryan M.
ABC Legal Customer Support

Click here to provide additional details or comments. Click here to to take our customer satisfaction survey.

-----Original Inquiry------
Hi guys. For Alan Lewis, that is his office address. He is a partner at the firm, so please "nail and mail" the service to the firm's door and photograph it with GPS at the firm's door