AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ari Teman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-08220 (LJL) |
| Nathaniel Z. Marmur, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Carter Ledyard & Milburn LLP and Alan S. Lewis.

Date:  02/18/2026

/s/ Jeffrey S. Boxer
*Attorney's signature*

Jeffrey S. Boxer
*Printed name and bar number*

Carter Ledyard & Milburn LLP
28 Liberty Street
New York, NY 10005
*Address*

boxer@clm.com
*E-mail address*

(212) 238-8626
*Telephone number*

(212) 732-3232
*FAX number*