AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ari Teman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  25-cv-08220 (LJL) |
| Nathaniel Z. Marmur, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Carter Ledyard & Milburn LLP and Alan S. Lewis                                                                             .

Date:     02/18/2026                                                                  /s/ Judith M. Wallace
                                                                                              *Attorney's signature*

                                                                                          Judith M. Wallace
                                                                                *Printed name and bar number*

                                                                            Carter Ledyard & Milburn LLP
                                                                                    28 Liberty Street
                                                                                New York, NY 10005
                                                                                          *Address*

                                                                                    wallace@clm.com
                                                                                      *E-mail address*

                                                                                      (212) 238-8743
                                                                                    *Telephone number*

                                                                                      (212) 732-3232
                                                                                        *FAX number*