UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ARI TEMAN                                                    Case No.: 25-CV-08220 (LJL)

                    Plaintiffs,

        -against-

NATHANIEL Z. MARMUR, ET AL

                    Defendants.

----------------------------------------------------------------X

# CERTIFICATE OF SERVICE

      I am an attorney duly admitted to practice before this Court and a member with the law firm of Carter Ledyard & Milburn LLP, attorneys for Carter Ledyard & Milburn LLP and Alan S. Lewis.  I hereby certify that on the 18th day of February 2026, I caused true and correct copies of the Notice of Appearance of Jeffrey S. Boxer, Notice of Appearance of Judith M. Wallace and letter dated February 18, 2026, to the Honorable Lewis J. Liman to be served by E-Mail and First-Class Mail upon the following:

                Ari Teman
                1521 Alton Road
                Miami Beach, FL 33139
                ari@teman.com.

                Matthew Flanagan
                Marshall Dennhey, P.C.
                Marshall Dennehey
                Wall Street Plaza,
                88 Pine St. 29th Floor,
                New York, NY 10005
                mkflanagan@mdwcg.com

                */s/ Judith M. Wallace*_____
Dated: February 19, 2026              Judith M. Wallace

4908-1441-0640.v1