UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARI TEMAN,

                       Plaintiff,

        v.

NATHANIEL Z. MARMUR, an individual,
NATHANIEL Z. MARMUR, PLLC,
ALAN S. LEWIS, an individual,
CARTER LEDYARD & MILBURN, LLP,

                     Defendants,

-------------------------------------------------------------X

Case No. 25-cv-08220

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE**, that MATTHEW K. FLANAGAN, of MARSHALL DENNEHEY, P.C., hereby appears on behalf of defendants, NATHANIEL Z. MARMUR, and, NATHANIEL Z. MARMUR, PLLC, in the above-captioned matter and respectfully requests that all notices and papers be given to and served upon the undersigned at the office, address, and telephone number set forth below.

DATED:  New York, New York
          February 20, 2026

MARSHALL DENNEHEY, P.C.
By:  Matthew K. Flanagan, Esq.
*Attorneys for Defendants*
*NATHANIEL Z. MARMUR, and*
*NATHANIEL Z. MARMUR, PLLC*
88 Pine Street, Floor 29
New York, New York 10005
(212) 376-6400