UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARI TEMAN,

               Plaintiff,

    v.

NATHANIEL Z. MARMUR, an individual,
NATHANIEL Z. MARMUR, PLLC,
ALAN S. LEWIS, an individual,
CARTER LEDYARD & MILBURN, LLP,

               Defendants,

-----------------------------------------------------------X

Case No. 25-cv-08220

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that MICHAEL G. JACOBSON, of MARSHALL DENNEHEY, P.C., hereby appears on behalf of defendants, NATHANIEL Z. MARMUR, and, NATHANIEL Z. MARMUR, PLLC, in the above-captioned matter and respectfully requests that all notices and papers be given to and served upon the undersigned at the office, address, and telephone number set forth below.

DATED:  New York, New York
          February 20, 2026

                  */s/ Michael G. Jacobson*
                  MARSHALL DENNEHEY, P.C.
                  By:  Michael G. Jacobson, Esq.
                  *Attorneys for Defendants*
                  *NATHANIEL Z. MARMUR, and*
                  *NATHANIEL Z. MARMUR, PLLC*
                  88 Pine Street, Floor 29
                  New York, New York 10005
                  (212) 376-6400