UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARI TEMAN,

                  Plaintiff,

      v.

NATHANIEL Z. MARMUR, an individual,
NATHANIEL Z. MARMUR, PLLC,
ALAN S. LEWIS, an individual,
CARTER LEDYARD & MILBURN, LLP,

                 Defendants,

------------------------------------------------------------X

Case No. 25-cv-08220

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF SUFFOLK    )

**Samantha Kluender,** being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

That on the 20th day of February, 2026, deponent served true and correct copies of the Notice of Appearance of Matthew K. Flanagan, and Notice of Appearance of Michael G. Jacobson, to be served by E-Mail and First-Class Mail upon the following:

      Ari Teman
      1521 Alton Road
      Miami Beach, FL 33139
      ari@teman.com

      Jeffrey S. Boxer, Esq.
      Judith M. Wallace, Esq.
      Carter Ledyard & Milburn LLP
      28 Liberty Street
      41st Floor
      New York, NY 10005
      boxer@clm.com
      wallace@clm.com

1

**Samantha Kluender**

Sworn to before me this
20th day of February 2026.

KATHRYN R. O'DONOHOE
Notary Public, Slate of New York
No. 4890637
Qualified in Nassau County
Commission Expires April 27, 2027