February 27, 2026
VIA ECF via Temp_Pro_Se

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Service in Teman v. Marmur et al., 1:25-cv-08220-LJL**

Dear Judge Liman:

Plaintiff respectfully writes to clarify the record regarding service.

As reflected in the filed Proof of Service (Attached at the end of this letter) , on February 26, 2026, the Summons and Complaint were personally delivered at 28 Liberty Street, 41st Floor to Angelo Brown, identified as an Intake Specialist who stated he was authorized to accept service on behalf of Carter Ledyard & Milburn LLP.

In addition, prior to formal service, Plaintiff transmitted the Summons, Complaint, and Waiver of Service forms to Mr. Lewis and the firm via email. Plaintiff's email tracking records reflect that those materials were opened.

Despite receipt of the waiver materials, Defendants did not execute waivers of service.

Plaintiff also notes that Defendants' February 18, 2026 letter to the Court (Dkt. 20) reflects that counsel for Mr. Marmur has been retained and copied, and that the firm has notified its insurers. This confirms that Defendants have long been aware of this action and are represented in connection with it.

**To the extent the Court determines that additional clarification regarding service upon Mr. Lewis individually is necessary, Plaintiff respectfully requests, in the alternative, that the Court expressly confirm that service may be effected by mailing the Summons and Complaint to Mr. Lewis at his acknowledged office address,** 28 Liberty Street, 41st Floor, New York, New York 10005, consistent with the Court's prior guidance and Federal Rule of Civil Procedure 4(e)(1).

Plaintiff reserves his rights under Federal Rule of Civil Procedure 4(d)(2) to seek reimbursement of the costs incurred in effecting service where a defendant fails, without good cause, to waive service after receiving a proper request.

Plaintiff respectfully submits that service issues have now been addressed and that the matter may proceed in the ordinary course.

Respectfully submitted,

s/Ari Teman/
Plaintiff, Pro se

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:25-cv-08220-LJL**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Carter Ledyard & Milburn LLP.**
was recieved by me on **1/31/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Angelo Brown- Intake Specislist**, who is designated by law to accept service of process on behalf of **Carter Ledyard & Milburn LLP.** at **28 Liberty St Fl 41, New York, NY 10005** on **02/26/2026** at **1:11 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  02/26/2026

_____
Server's signature

**Michael Whyte**
Printed name and title

**392 Roberts Avenue
Apt. 1
Yonkers, NY 10701**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR FRAUD, BREACH OF CONTRACT, LEGAL MALPRACTICE,, to Angelo Brown- Intake Specislist who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**




Tracking #: 0210814805

2/26/26
8:15 PM GMT+



**Service Attempted: Alan Lewis, an individual** on 2/26/2026 1:15 PM EST
Address: 28 Liberty St Fl 41, New York, NY 10005-1449

I spoke with an individual who identified themselves as the ct corp does not accept individual claims - denied and they stated service not permitted.

Server: Michael Whyte

GPS Coordinates: 40.708004, -74.009951