

175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial:  (631) 227-6323
Email:  mkflanagan@mdwcg.com

March 4, 2026

**VIA ECF**:

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      RE:    *Teman v. Marmur et al*
            Case No.    :      1:25-cv-08220-LJL

Dear Judge Liman:

This firm represents  Nathaniel Z. Marmur  and Nathaniel Z. Marmur, PLLC  in the above-referenced matter.

Pursuant to the Court's Order dated December 9, 2025 [ECF #9], we inform the Court of our intent to move to dismiss the Complaint.

Very truly yours,

Matthew K. Flanagan

cc:    Ari Teman (via ECF, U.S. Mail and email (ari@teman.com))

All counsel (via ECF)