UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2026

ARI TEMAN,

          Plaintiff,

    -v-

NATHANIEL Z. MARMUR ET AL,

          Defendants.

-------------------------------------------------------------------X

25-cv-08220 (LJL)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

LEWIS J. LIMAN, United States District Judge:

     This case has been assigned to me for all purposes.  It is hereby:

     ORDERED that all parties appear for an Initial Pretrial Conference by TELEPHONE on **May 20, 2026**, at **2:00 p.m.**  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

     IT IS FURTHER ORDERED that, by one week prior to the conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

     SO ORDERED.

Dated: May 1, 2026
     New York, New York

_____
          LEWIS J. LIMAN
        United States District Judge