UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

ARI TEMAN,                              :

                  Plaintiff,       :
                                   :          25-cv-08220 (LJL)
      -v-                       :

                                   :            ORDER

NATHANIEL Z. MARMUR, et al.,     :

              Defendants.   :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the initial pretrial conference on May 20, 2026.

Plaintiff is granted leave to file an amended complaint by June 10, 2026. Defendants shall file their anticipated motions to dismiss no later than June 29, 2026. Plaintiff shall respond to the motions by July 13, 2026 and Defendants shall reply by July 20, 2026.

For the reasons stated on the record at the May 20, 2026 conference, Defendants' request for a stay of discovery pending resolution of the anticipated motions to dismiss is GRANTED.

SO ORDERED.

Dated: May 20, 2026
       New York, New York
                                      _____
                                         LEWIS J. LIMAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2026