## THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

ARI TEMAN

                                                Case 1:25-cv-08220 (LJL)

                  Plaintiff,

       v.

ALAN S. LEWIS, NATHANIEL Z. MARMUR,
NATHANIEL Z. MARMUR, PLLC,
CARTER LEDYARD & MILBURN LLP,
ALEXANDRA SHAPIRO, and SHAPIRO ARATO BACH
LLP,

                  Defendants.

———————————————————————x

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that GUY PETRILLO of Petrillo Klein + Boxer LLP hereby appears on behalf of ALEXANDRA SHAPIRO and SHAPIRO ARATO BACH LLP, in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number, and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 16, 2026

                                    */s/ Guy Petrillo*

                                    Guy Petrillo
                                    PETRILLO KLEIN + BOXER LLP
                                    655 Third Ave, 12th Floor
                                    New York, NY 10017
                                    Telephone: (212) 370-0331
                                    gpetrillo@pkbllp.com

                                    *Attorney for Alexandra Shapiro and*
                                    *Shapiro Arato Bach LLP*