**THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x

ARI TEMAN

                                                  Case 1:25-cv-08220 (LJL)

                Plaintiff,

      v.

ALAN S. LEWIS, NATHANIEL Z. MARMUR,
NATHANIEL Z. MARMUR, PLLC,
CARTER LEDYARD & MILBURN LLP,
ALEXANDRA SHAPIRO, and SHAPIRO ARATO BACH
LLP,

                Defendants.

———————————————————————x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that DAVID HOFFMAN of Petrillo Klein + Boxer LLP

hereby appears on behalf of ALEXANDRA SHAPIRO and SHAPIRO ARATO BACH LLP,

in the above-captioned action and requests that all notices given or required to be given in this

case and all papers served or required to be served be delivered to the undersigned at the

address, telephone number, and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 16, 2026

                                    */s/ David Hoffman*
                                    David Hoffman
                                    PETRILLO KLEIN + BOXER LLP
                                    655 Third Ave, 12th Floor
                                    New York, NY 10017
                                    Telephone: (212) 370-0336
                                    dhoffman@pkbllp.com

                                    *Attorney for Alexandra Shapiro and*
                                    *Shapiro Arato Bach LLP*