UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

Ari Teman,                                          :

                                                    :    Case No. 25-cv-08220 (LJL)

                        Plaintiff,                  :

                                                    :

        - against –                                 :    **<u>NOTICE OF MOTION TO DISMISS</u>**
                                                    :    **<u>THE AMENDED COMPLAINT</u>**

Nathaniel Z. Marmur, Nathaniel Z. Marmur,           :
PLLC, Alan S. Lewis, Carter Ledyard &               :
Milburn LLP, Alexandra Shapiro and Shapiro          :
Arato Bach LLP,                                     :

                                                    :

                        Defendants.                 :

-------------------------------------------------------------- X

 

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Alan S. Lewis and Carter Ledyard & Milburn LLPs' Motion to Dismiss the Amended Complaint, dated June 29, 2026; Declaration of Alan S. Lewis and exhibits thereto; Declaration of Judith Wallace and exhibits thereto; Local Rule 12.1 Notice to Pro Se Litigant; and upon all prior pleadings and proceedings herein, Defendants Alan S. Lewis and Carter Ledyard & Milburn LLP will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY, at such time and place as the Court may designate, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint [ECF No. 36] in its entirety with prejudice, and granting such other and further relief as the Court deems just and proper.

4904-4956-1784.v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's May 20, 2026 Order, Plaintiff's opposition papers are due on July 13, 2026, and Defendants' reply papers are due on July 20, 2026.

Dated: June 29, 2026
New York, New York

CARTER LEDYARD & MILBURN LLP

By: _____
    Jeffrey S. Boxer
    Judith M. Wallace
    28 Liberty Street – 41st Floor
    New York, NY  10005
    Tel.:    (917) 533-2524
    Fax:    (212) 732-3232
    Email:  boxer@clm.com
            wallace@clm.com

    *Attorneys for Defendants*
    *Alan S. Lewis and*
    *Carter Ledyard & Milburn LLP.*

4904-4956-1784.v1