UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

Ari Teman,                                                  :
                                                           :        Case No. 25-cv-08220
                                Plaintiff,                  :
                                                           :
                    - against –                            :        **NOTICE OF MOTION**
                                                           :
Nathaniel Z. Marmur, Nathaniel Z. Marmur,                  :
PLLC, Alan S. Lewis, Carter Ledyard &                      :        *Oral Argument Will be Held On A Date and*
Milburn LLP, Alexandra Shapiro and Shapiro                 :        *Time To Be Designated By the Court.*
Arato Bach LLP,                                            :
                                                           :
                                Defendants.                 :

------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that upon the supporting memorandum of law, affirmation

of Matthew K. Flanagan submitted in support thereof,  Nathaniel Z. Marmur and Nathaniel Z.

Marmur, PLLC  will move this Court for an order pursuant to Federal Rule of Civil Procedure

12(b)(6)  dismissing Plaintiffs' First Amended Complaint, in its entirety, for failure to state a

claim, or in the alternative to dismiss this action pursuant to the fugitive disentitlement doctrine

and all other relief that this Court deems proper.

Dated: New York, New York
        June 29, 2026

                                                    **MARSHALL DENNEHEY, P.C.**

                                                    Matthew K. Flanagan, Esq.
                                                    Michael G. Jacobson, Esq.
                                                    ***Defendants Nathaniel Z. Marmur,***
                                                    ***Nathaniel Z. Marmur, PLLC***
                                                    88 Pine Street, 29th Floor
                                                    New York NY  10005
                                                    (212) 376-6400
                                                    mkflanagan@mdwcg.com
                                                    mgjacobson@mdwcg.com

LEGAL/165434453.1