UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

Ari Teman,                                    :

                                          :   Case No. 25-cv-08220

                     Plaintiff,       :

                                          :

                 - against –            :   **DECLARATION OF MATTHEW K.**
                                          :   **FLANAGAN IN SUPPORT OF**
                                          :   <u>**MOTION TO DISMISS**</u>

Nathaniel Z. Marmur, Nathaniel Z. Marmur,     :
PLLC, Alan S. Lewis, Carter Ledyard &          :
Milburn LLP, Alexandra Shapiro and Shapiro     :
Arato Bach LLP,                               :

                                          :

                      Defendants.       :

------------------------------------------------------------- x

       **MATTHEW K. FLANAGAN**, an attorney duly admitted to practice law in the State of

New York, affirms the truth of the following statements under the penalty of perjury:

       1.       I am a Shareholder of Marshall Dennehey, P.C., attorney for Defendants Nathaniel

Z. Marmur, Nathaniel Z. Marmur, PLLC   (hereinafter, collectively, Marmur) in the above-

captioned matter.

       2.       I submit this declaration in support of the attached Memorandum of Law in Support

of Marmur's  Motion to Dismiss Plaintiff's Complaint for failure to state a claim  pursuant to Fed

R. Civ. P. 12(b)(6) or in the alternative, to dismiss this case pursuant to the fugitive disentitlement

doctrine, and all further relief that the Court deems just and proper.

       3.       Attached hereto as **Exhibit  A** is a true and accurate copy of the Amended

Complaint filed in  this action on May 28, 2026  (<u>Docket Entry No. 36</u>)

       4.       Attached hereto as **Exhibit B** is a true and accurate copy of the Summary Order

dated June 8, 2023,  in *United States v. Teman*, No. 21-1920, available at <u>Docket Entry 150</u>,

affirming the judgment of the District Court.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of cases cited in the attached Memorandum of Law not published in an official reporter or accompanied by a Westlaw citation pursuant to Rule 2.J of your Honor's Individual Practices (*eff.* April 7, 2025).

**WHEREFORE**, it is respectfully requested that Marmur's motion to dismiss be granted in its entirety; and for such other and further relief as the Court deems just and proper.

Matthew K. Flanagan, Esq.