**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ARI TEMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 25 Civ. 8220 (LJL) |
| v. | : | |
| | : | |
| NATHANIEL Z. MARMUR *et al.*, | : | |
| | : | |
| Defendants | : | |

**NOTICE OF THE JOINT MOTION TO DISMISS OF DEFENDANTS SHAPIRO
ARATO BACH LLP AND ALEXANDRA SHAPIRO**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Joint Motion to Dismiss of Defendants Shapiro Arato Bach LLP and Alexandra Shapiro; Declaration of David Hoffman and Exhibits thereto; and Local Rule 12.1 Notice to *Pro Se* Litigant, Defendants **SHAPIRO ARATO BACH LLP** and **ALEXANDRA SHAPIRO**, by and through their attorneys, Petrillo Klein + Boxer LLP, hereby respectfully move this Court, before the Hon. Lewis J. Liman, United States District Judge, for an Order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing Plaintiff's Amended Complaint with prejudice.

Executed on June 29, 2026.

*/s/ Guy Petrillo*
Guy Petrillo