**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ARI TEMAN | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 25 Civ. 8220 (LJL) |
| v. | : | |
| | : | |
| NATHANIEL Z. MARMUR *et al.*, | : | |
| | : | |
| Defendants | : | |

**DECLARATION OF DAVID HOFFMAN IN SUPPORT OF THE JOINT**
**MOTION TO DISMISS OF DEFENDANTS SHAPIRO ARATO BACH LLP**
**AND ALEXANDRA SHAPIRO**

I, **DAVID HOFFMAN**, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney at Petrillo Klein + Boxer LLP, am admitted to practice before this Court, and represent Defendants Shapiro Arato Bach LLP and Alexandra Shapiro in the above-referenced case.

2.     Attached hereto as **EXHIBIT A** is a copy of an email from Alexandra Shapiro, Esq., to Plaintiff Ari Teman on August 5, 2021.

3.     Attached hereto as **EXHIBIT B** is a copy of an email from Alexandra Shapiro, Esq., to Plaintiff Ari Teman on March 2, 2022.

I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.


Executed on June 29, 2026.

*/s/ David Hoffman*
David Hoffman