UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Ari Teman,                                          :
                              Plaintiff,            :        Case No. 25-cv-08220 (LJL)
                                                    :
              - against –                           :        **DECLARATION OF JUDITH M.**
                                                    :        **WALLACE IN SUPPORT OF**
Nathaniel Z. Marmur, Nathaniel Z. Marmur,           :        **DEFENDANTS ALAN S. LEWIS**
PLLC, Alan S. Lewis, Carter Ledyard &               :        **AND CARTER LEDYARD &**
Milburn LLP, Alexandra Shapiro and Shapiro          :        **MILBURN LLP'S MOTION TO**
Arato Bach LLP,                                     :        **DISMISS THE AMENDED**
                              Defendants.            :        **COMPLAINT**
                                                    :

---------------------------------------------------------------- x

**Judith M. Wallace**, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby declare as follows:

1.      I am a partner at Carter Ledyard & Milburn LLP ("CLM") and a named Defendant in the above-captioned action (the "Action").  I submit this declaration in support of Defendants Alan Lewis and Carter Ledyard & Milburn LLP's Motion to Dismiss the Amended Complaint.

2.      Under your Honor's Individual Practices in Civil Cases, "Westlaw citations should be provided, if available, to cases not available in an official reporter. A party must provide a copy of any decision it cites that is not found in an official reporter or accompanied by a Westlaw citation." Liman, J., *Individual Practices in Civil Cases*, § 2(J) (effective April 7, 2025).

3.      Pursuant to § 2(J) of your Honor's Individual Practices in Civil Cases, true and correct copies of some of the unreported docket items that do not include a Westlaw citation are attached to the Declaration of Alan Lewis, and the remainder are attached below, as follows:

4.      A docketed item from *Teman v. United States Probation Services*, No. 25-1895 (2d Cir.), ECF No. 33.1 is annexed hereto as Exhibit A.

5.      Docketed items from *United States v. Teman*, No. 19-cr-696-1 (PAE), ECF Nos.

4898-7186-2201.v1

373, 375, 376, 379, 382, 400, 406, 414, 450, 453, 454, 471, 474, 475, 478, 480, 495-497, 531, 534, 536 (S.D.N.Y.) are annexed hereto as Exhibit B.

6. Docketed items from *United States v. Teman*, No. 21-1920, ECF Nos. 47, 75, 90, 133, 169 (2d Cir. Feb. 22, 2022) are annexed hereto as Exhibit C.

7. A docketed item from *United States v. Teman*, No. 24-345 (2d Cir.), ECF No. 84 (Oct. 30, 2025) is annexed hereto as Exhibit D.

8. Under Local Civil Rule 7.2, parties serving a memorandum of law on a pro se litigant must provide the litigant "with copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases." Local Civil Rule 7.2.

9. Pursuant to Local Civil Rule 7.2, true and correct copies of all unpublished authorities, as well as those reported exclusively on computerized databases, will be served on Ari Teman.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 29, 2026

Judith M. Wallace

4898-7186-2201.v1