UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

Ari Teman,

                    Plaintiff,

          - against –

Nathaniel Z. Marmur, Nathaniel Z. Marmur,
PLLC, Alan S. Lewis, Carter Ledyard & Milburn
LLP, Alexandra Shapiro and Shapiro Arato Bach
LLP,

                  Defendants.

-------------------------------------------------------------- X

Case No. 25-cv-08220 (LJL)

## CERTIFICATE OF SERVICE

I am an attorney duly admitted to practice before this Court and a member with the law firm of Carter Ledyard & Milburn LLP, attorneys for Carter Ledyard & Milburn LLP and Alan S. Lewis. I hereby certify that on June 29, 2026, I caused true and correct copies of the foregoing Notice of Motion to Dismiss, the Memorandum of Law in Support of the Motion, the Lewis Declaration and all exhibits, the Declaration of Judith Wallace and all exhibits thereto; and all additional unreported cases cited in the Memorandum of Law to be served by E-Mail and First-Class Mail upon the following:

> Ari Teman
> 1521 Alton Road
> Miami Beach, FL 33139
> ari@teman.com.

I further certify that on the same date, the foregoing documents other than the additional unreported decisions were filed on the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record who are registered ECF users.

_____
Judith M. Wallace

Dated: June 29, 2026

4925-1840-2744.v1